2023CH09797

FILED
12/4/2023 12:21 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023CH09797
Calendar, 2
25444065

# EXHIBIT B

Mutual Company
Nonassessable Policy

# CHURCH MUTUAL INSURANCE COMPANY
3000 Schuster Lane, P.O. Box 357, Merrill, WI 54452

## UMBRELLA LIABILITY POLICY DECLARATIONS PAGE
## EXCESS INSURANCE

**POLICY NUMBER:** 0330018-81-098772

**ITEM 1. NAMED INSURED AND ADDRESS:**

AFFORDABLE COMMUNITY HOUSING TRUST ALPHA INC
TRIAD SENIOR LIVING INC
17400 KEDZIE AVE
HAZEL CREST IL  60429

**ITEM 2. POLICY PERIOD:** FROM 03/21/18 TO 03/21/19
12:01 A.M. STANDARD TIME AT YOUR ADDRESS SHOWN ABOVE.        (RENEWAL OF)

**ITEM 3. THE NAMED INSURED IS:** ASSISTED LIVING

**ITEM 4. LIMITS OF INSURANCE:**

| | |
|---|---:|
| GENERAL AGGREGATE LIMIT - (ANNUAL) | $ 5,000,000 |
| EACH OCCURRENCE LIMIT- (BODILY INJURY AND PROPERTY DAMAGE COMBINED) (ANNUAL) | $ 5,000,000 |
| PERSONAL AND ADVERTISING INJURY LIMIT - (COMBINED) | $ 5,000,000 |
| SELF-INSURED RETENTION (EACH OCCURRENCE OR OFFENSE NOT COVERED BY UNDERLYING INSURANCE) | $ 10,000 |

**ITEM 5. FORMS AND ENDORSEMENTS WHICH APPLY TO THIS POLICY:**

| | |
|---|---|
| UMB 8000(02-88) | MUTUAL POLICY CONDITIONS |
| UMB 8001(01-04) | UMBRELLA LIABILITY POLICY |
| UMB 8115(02-88) | NUCLEAR ENERGY LIABILITY EXCLUSION - BROAD FORM |
| UMB 8117(07-17) | EXCLUSION - ASBESTOS |
| UMB 8118(02-88) | EXCLUDED OPERATIONS |
| | THIS POLICY EXCLUDES ANY AND ALL OPERATIONS NOT SPECIFICALLY SCHEDULED ON THE POLICY. |
| UMB 8121(09-94) | EXCLUSION-LEAD LIABILITY |
| UMB 8126(01-15) | EXCLUSION OF CERTIFIED ACTS OF TERRORISM |
| UMB 8133(05-03) | WAR LIABILITY EXCLUSION |
| UMB 8134(04-06) | FUNGI OR BACTERIA EXCLUSION |
| UMB 8202.1(10-07) | SENIOR LIVING FACILITY PROFESSIONAL LIAB COVERAGE (ILLINOIS) |
| UMB 8210(03-03) | ACQUIRED AUTOMOBILES ENDORSEMENT |
| UMB 8214(12-06) | AMENDATORY ENDORSEMENT - PERSONAL INJURY |
| UMB 8215(12-07) | BODILY INJURY DEFINITION |
| UMB 8216(12-07) | CORPORATE ENTITY ENDORSEMENT |
| UMB 8217(02-08) | UNINSURED/UNDERINSURED MOTORISTS-HIRED/NONOWNED AUTO |
| UMB 8539(03-05) | AMENDATORY ENDORSEMENT - ILLINOIS |
| UMB 8540(05-11) | ILLINOIS CHANGES - CIVIL UNION |
| UMB 8672(10-16) | EXCLUSION - CYBER LIABILITY |



UMB D (09-99)                                1

**EXHIBIT**
_3_

ISSUED DATE: 03/23/18

FILED DATE: 12/4/2023 12:21 PM 2023CH09797

**POLICY NO.:** 0330018-81-098772

       UMB 8673(10-16)          EXCLUSION - CYBER LIABILITY AND DATA BREACH RESPONSE

**ITEM 6. SCHEDULE OF UNDERLYING INSURANCE** (SEE ATTACHED SCHEDULE):

**ITEM 7. PREMIUM:** IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS IN THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

    $20,473.00 DUE AT INCEPTION

**ITEM 8. AGENT:** 35-343
NATIONAL HOUSING INSURANCE GROUP
1087 FOREST AVENUE
PORTLAND, ME 04103
(207) 376-1700

Copyright, Church Mutual Insurance Company, 1988
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984 & 1994

UMB D (09-99)            2            ISSUED DATE: 03/23/18

**CHURCH MUTUAL INSURANCE COMPANY**
**UMBRELLA LIABILITY POLICY**
**SCHEDULE OF UNDERLYING INSURANCE**

**POLICY NUMBER:** 0330018-81-098772

| <u>TYPE OF INSURANCE</u> | <u>LIMIT OF INSURANCE</u> |
|---|---|

**GENERAL LIABILITY**

$ 3,000,000  GENERAL AGGREGATE
$ 1,000,000  PRODUCTS/COMPLETED OPERATIONS AGGREGATE
$ 1,000,000  EACH OCCURRENCE (BODILY INJURY AND PROPERTY DAMAGE)
$ 1,000,000  PERSONAL AND ADVERTISING INJURY

**COMPANY PROVIDING THE INSURANCE:** CHURCH MUTUAL INSURANCE COMPANY
**POLICY PERIOD:** 03/21/18 TO 03/21/19

**SENIOR LIVING FACILITY**
**PROFESSIONAL LIABILITY**

$ 1,000,000  EACH CLAIM
$ 3,000,000  AGGREGATE

**COMPANY PROVIDING THE INSURANCE:** CHURCH MUTUAL INSURANCE COMPANY
**POLICY PERIOD:** 03/21/18 TO 03/21/19

**HIRED AND NONOWNED**
**AUTOMOBILE LIABILITY**

$ 1,000,000  EACH OCCURRENCE
$ 3,000,000  AGGREGATE

**COMPANY PROVIDING THE INSURANCE:** CHURCH MUTUAL INSURANCE COMPANY
**POLICY PERIOD:** 03/21/18 TO 03/21/19

**HIRED AND NONOWNED**
**AUTOMOBILE LIABILITY**
**UNINSURED/UNDERINSURED**
**MOTORIST**

$ 1,000,000  EACH OCCURRENCE
$ 3,000,000  AGGREGATE

**COMPANY PROVIDING THE INSURANCE:** CHURCH MUTUAL INSURANCE COMPANY
**POLICY PERIOD:** 03/21/18 TO 03/21/19

**AUTOMOBILE LIABILITY**

$ 1,000,000  EACH ACCIDENT OR LOSS

**COMPANY PROVIDING THE INSURANCE:** CHURCH MUTUAL INSURANCE COMPANY
**POLICY PERIOD:** 03/21/18 TO 03/21/19



UMB SCHED (02-88)                               1                               ISSUED DATE: 03/23/18

FILED DATE: 12/4/2023 12:21 PM  2023CH09797

**POLICY NO.:** 0330018-81-098772

FILED DATE: 12/4/2023 12:21 PM   2023CH09797

UMB SCHED (02-88)                                    2                          ISSUED DATE:  03/23/18

Case: 1:23-cv-01727 Document #: 113-27 Filed: 05/05/23 Page 6 of 64 PageID #:7861

POLICY NUMBER: 0330018-81-098772                    EFFECTIVE: 03/21/18

# CHURCH MUTUAL INSURANCE COMPANY
# COMMERCIAL UMBRELLA LIABILITY PROGRAM

## TABLE OF CONTENTS

|  | Beginning on Page |
|---|---|
| **Section I** | |
| Coverage A - Bodily Injury and Property Damage Liability | 1 |
| Coverage B - Personal and Advertising Injury Liability | 5 |
| **Section II** | |
| Supplementary Payments - Coverages A and B | 7 |
| **Section III** | |
| Who Is An Insured | 7 |
| **Section IV** | |
| Limits of Insurance | 9 |
| **Section V** | |
| Excess Policy Conditions | 9 |
| **Section VI** | |
| Definitions | 13 |

UMB TC (01-04)                                      Page 1 of 1

FILED DATE: 12/4/2023 12:21 PM   2023CH09797

FILED DATE: 12/4/2023 12:21 PM   2023CH09797

**POLICY NO.:** 0330018-81-098772                                                03/21/18

# MUTUAL POLICY CONDITIONS

This policy is issued by a mutual company having special regulations lawfully applicable to its organization, membership, policies or contracts of insurance, of which the following shall apply to and form a part of this policy.

You are notified that by virtue of this policy, you are a member of the Church Mutual Insurance Company of Merrill, Wisconsin. You are entitled to vote either in person or by proxy at any and all meetings of said company. The annual meetings are held in its Home Office in the city of Merrill, Wisconsin, on the third Wednesday in March of each year at 10:00 a.m.

You shall participate in the return of unused premiums (dividends, if any) to the extent and on the conditions determined, fixed and declared by the board of directors in accordance with the law.

This policy is nonassessable. You are not subject to any contingent liability, nor liable to assessment.

**IN WITNESS THEREOF,** this company has executed and attested these presents; but this policy shall not be valid unless countersigned by the duly authorized agent of this company at the agency shown in the Declarations Page except that this policy does not have to be countersigned if the law in the state where this policy applies does not require countersignature.

Vice President, Secretary, and General Counsel                President and Chief Executive Officer

UMB 8000 (2-88)          Copyright, Church Mutual Insurance Company, 1988.          Page 1 of 1

FILED DATE: 12/4/2023 12:21 PM   2023CH09797

**POLICY NO.:**  0330018-81-098772

03/21/18

Case: 1:23-cv-01727 Document #: 113-27 Filed: 02/05/23 Page 10 of 64 PageID #:7865

**POLICY NO.:** 0330018-81-098772                                       03/21/18

# UMBRELLA LIABILITY POLICY

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties, and what is and is not covered.

Throughout this Policy, the words "you" and "your" refer to the Named Insured shown in the Declarations Page and any other person or organization qualifying as a Named Insured under this policy. The words "we," "us," and "our" refer to Church Mutual Insurance Company.

The word "insured" means any person or organization qualifying as an insured. **Refer to Section III - Who Is An Insured.**

Other words and phrases that appear in quotation marks have special meaning. **Refer to Section VI - Definitions.**

## SECTION I - INSURING AGREEMENTS

In consideration of the payment of premium and in reliance upon statements you made to us during the process of obtaining this insurance and subject to the Limit of Insurance shown in the Declarations Page, and all the exclusions, terms, and conditions of this policy, we agree with you as follows:

### COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY COVERAGE

1. Insuring Agreement.

   a. We will pay on behalf of the insured "ultimate net loss" which the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. No other obligations or liability to pay sums or perform acts or services is covered unless explicitly provided for under Defense or Supplementary Payments.

      This insurance applies to "bodily injury" or "property damage" only if:

      (1) The "bodily injury" or "property damage" occurs during the policy period of this policy; or

      (2) "Underlying insurance" applies to the "bodily injury" or "property damage" during the policy period of this policy or would apply but for exhaustion of its limits of insurance.

      The "bodily injury" or "property damage" must be caused by an "occurrence" that takes place in the "coverage territory."

   b. The amount we will pay for damages is limited. **Refer to Section IV - Limits of Insurance.**

   c. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result.

   Damages because of "bodily injury" include damages claimed or sustained by any person or organization for care, loss of services, or death resulting at any time from the "bodily injury."

   d. If we cannot legally pay on behalf of the insured in a jurisdiction where a claim is adjudicated, we will indemnify the insured for "ultimate net loss" we have agreed to pay and to which this insurance applies.

2. Defense.

   a. We will defend "suits" against the insured seeking damages for "bodily injury" or "property damage" to which this insurance applies subject to the following:

      (1) We have the right but not the duty to defend "suits" that are covered by the "underlying insurance."

      (2) We have the right and duty to defend "suits" that are not covered by "underlying insurance," including when the applicable limit of insurance in the "underlying insurance" is exhausted.

      However, we will have no duty to defend the insured against any "suits" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply.

UMB 8001 (01-04)          Copyright, Church Mutual Insurance Company, 2004.          Page 1 of 17
                   Includes copyrighted material of Insurance Services Office, Inc., with its permission.
                                   © ISO Properties, Inc., 1995

FILED DATE: 12/4/2023 12:21 PM   2023CH09797

**POLICY NO.:** 0330018-81-098772                                   03/21/18

b. Both our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements.

c. Expenses we incur in the defense of "suits" will not reduce the Limits of Insurance.

3. Exclusions.

This insurance does not apply to:

a. "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

   (1) That the insured would have in the absence of the contract or agreement.

   (2) Assumed in a contract or agreement that is an "insured contract," provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract," reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage" provided:

      (a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

      (b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. Any obligation of the insured under a workers' compensation, disability benefits, or unemployment compensation law or any similar law.

d. "Bodily injury" to:

   (1) An "employee" of the insured arising out of and in the course of:

      (a) Employment by the insured; or

      (b) Performing duties related to the conduct of the insured's business; or

   (2) The spouse, child, parent, brother, or sister of that "employee" as a consequence of Paragraph (1) above.

   This Exclusion applies:

   (1) Whether the insured may be liable as an employer or in any other capacity; and

   (2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

   This Exclusion does not apply to liability assumed by the insured under an "insured contract."

e. "Bodily injury" or "property damage" that arises out of any:

   (1) Refusal to employ;

   (2) Termination of employment;

   (3) Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination, sexual misconduct, or other employment-related practices, policies, acts, or omissions; or

   (4) Consequential "bodily injury" as a result of e.(1), e.(2), or e.(3) above.

   This Exclusion applies where the insured is liable either as an employer or in any other capacity; or there is an obligation to fully or partially reimburse a third party for damages arising out of Paragraph e.(1), e.(2), e.(3), or e.(4) above.

f. (1) "Bodily injury" or "property damage" arising out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, or escape of pollutants:

UMB 8001 (01-04)                                                    Page 2 of 17

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 1995

(a) That are or that are contained in any property that is:

1) Being transported or towed by, handled, or handled for movement into, onto, or from an "automobile" covered by "underlying insurance";

2) Otherwise in the course of transit by or on behalf of the insured; or

3) Being stored, disposed of, treated, or processed in or upon an "automobile" covered by "underlying insurance";

(b) At or from any premises, site, or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

(c) At or from any premises, site, or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing, or treatment of waste;

(d) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

(e) At or from any premises, site, or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

1) If the pollutants are brought on or to the premises, site, or location in connection with such operations by such insured, contractor, or subcontractor; or

2) If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of pollutants.

Subparagraph (e) 1) does not apply to "bodily injury" or "property damage" arising out of the escape of fuels, lubricants, or other operating fluids which are needed to perform the normal electrical, hydraulic, or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants, or other operating fluids escape from a vehicle part designed to hold, store, or receive them. This exception does not apply if the fuels, lubricants, or other operating fluids are intentionally discharged, dispersed, or released, or if such fuels, lubricants, or other operating fluids are brought on or to the premises, site, or location with the intent to be discharged, dispersed, or released as part of the operations being performed by such insured, contractor, or subcontractor.

Subparagraphs (b) and (e) 1) do not apply to "bodily injury" or "property damage" arising out of heat, smoke, or fumes from a hostile fire.

As used in this Exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

(2) Any loss, cost, or expense arising out of any:

(a) Request, demand, or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of pollutants; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. Waste includes materials to be recycled, reconditioned, or reclaimed.

FILED DATE: 12/4/2023 12:21 PM  2023CH09797

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 1995

**POLICY NO.:** 0330018-81-098772                                          03/21/18

(3) Paragraphs (1)(a) through (1)(d) and (1)(e)1 do not apply to fuels, lubricants, fluids, exhaust gases, or other similar pollutants that are needed for or result from the normal electrical, hydraulic, or mechanical functioning of an "automobile" covered by "underlying insurance," or the parts of such an "automobile," if:

    (a) The pollutants escape or are discharged, dispersed, or released directly from an "automobile" part designed by its manufacturer to hold, store, receive, or dispose of such pollutants; and

    (b) The "bodily injury" or "property damage" does not arise out of the operation of any equipment listed in Paragraphs f.(2) and f.(3) of the definition of "mobile equipment."

Paragraphs (1)(c) through (1)(e) do not apply to pollutants that are not in or upon an "automobile" covered by "underlying insurance" if:

    (c) The pollutants or any property in which the pollutants are contained are upset, overturned, or damaged as a result of the maintenance or use of an "automobile" covered by "underlying insurance"; and

    (d) The discharge, dispersal, release, or escape of the pollutants is caused directly by such upset, overturn, or damage.

g. "Bodily injury" or "property damage" arising out of the ownership, maintenance, use, or entrustment to others of any aircraft or watercraft owned or operated by or chartered, rented or loaned to any insured. Use includes operation and "loading or unloading."

This Exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

    (a) Less than 26 feet long; and

    (b) Not being used to carry persons or property for a charge; or

(3) Liability assumed under any "insured contract" for the ownership, maintenance, or use of aircraft or watercraft.

h. "Bodily injury" or "property damage" arising out of the use of any "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i. "Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion, or revolution. This Exclusion applies only to liability assumed under a contract or agreement.

j. "Property damage" to:

(1) Property you own;

(2) Premises you sell, give away, or abandon, if the "property damage" arises out of any part of those premises;

(3) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations if the "property damage" arises out of those operations; or

(4) That particular part of any property that must be restored, repaired, or replaced because "your work" was incorrectly performed on it.

Paragraph (2) of this Exclusion does not apply if the premises are "your work" and were never occupied, rented, or held for rental by you.

Paragraphs (3) and (4) of this Exclusion do not apply to liability assumed under a railroad sidetrack agreement.

Paragraph (4) of this Exclusion does not apply to "property damage" included in the "products - completed operations hazard."

k. "Property damage" to "your product" arising out of it or any part of it.

l. "Property damage" to "your work" arising out of it or any part of it and included in the "products - completed operations hazard."

                    Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 1995

FILED DATE: 12/4/2023 12:21 PM   2023CH09797

**POLICY NO.:** 0330018-81-098772

03/21/18

This Exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m. "Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy, or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This Exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n. Damages claimed for any loss, cost, or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal, or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy, or dangerous condition in it.

o. "Bodily injury" or "property damage" arising out of any actual or alleged act of "sexual misconduct or sexual molestation." This includes, but is not limited to, any claim or suit seeking damages based upon, arising out of, or attributable to vicarious liability; negligence in hiring, employment, supervision, retention, or transfer of any employee or volunteer workers; recommendation or referral of any person for employment or volunteer work; failure to protect or negligent supervision of any person (whether an adult or child), failure to investigate, or failure to comply with any obligation to report; and counseling.

p. "Bodily injury" or "property damage" arising out of the willful violation of a penal statute or ordinance committed by or with the knowledge or consent of any insured.

q. Liability imposed on the insured under any of the following laws:

(1) Employees' Retirement Income Security Act (E.R.I.S.A.) of 1974 as now or hereafter amended; or

(2) Any uninsured motorists, underinsured motorists, or automobile no-fault, or first party "bodily injury" or "property damage" law.

## COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY COVERAGE

1. Insuring Agreement.

a. We will pay on behalf of the insured "ultimate net loss" which the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this insurance applies. No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided under Defense or Supplementary Payments.

b. This insurance applies to "personal injury" only if caused by an offense:

(1) Committed in the "coverage territory" during the policy period; and

(2) Arising out of the conduct of your business, excluding advertising, publishing, broadcasting, or telecasting done by or for you except publishing, broadcasting, or telecasting that is incidental to your business.

c. This insurance applies to "advertising injury" only if caused by an offense committed:

(1) In the "coverage territory" during the policy period; and

(2) In the course of advertising your goods, products, or services.

d. The amount we will pay for the "ultimate net loss" is limited. **Refer to Section IV - Limits of Insurance.**

---

UMB 8001 (01-04)

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 1995

Page 5 of 17

Case: 1:23-cv-01721 Document #: 13-27 Filed: 02/05/23 Page 15 of 64 PageID #:7920

e. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result.

2. Defense.

a. We will defend "suits" against the insured seeking damages for "personal injury" or "advertising injury" to which this insurance applies subject to the following:

(1) We have the right but not the duty to defend "suits" that are covered by the "underlying insurance."

(2) We have the right and duty to defend "suits" that are not covered by "underlying insurance," including when the applicable limit of insurance in the "underlying insurance" is exhausted.

However, we will have no duty to defend the insured against any "suits" seeking damages for "personal injury" or "advertising injury" to which this insurance does not apply.

b. Both our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements.

c. Expenses we incur in the defense of "suits" will not reduce the Limits of Insurance.

3. Exclusions.

This insurance does not apply to:

a. "Personal injury" or "advertising injury":

(1) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(2) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(3) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured; or

(4) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

(5) Arising out of any actual or alleged act of "sexual misconduct or sexual molestation." This includes, but is not limited to, any claim or suit seeking damages based upon, arising out of, or attributable to vicarious liability; negligence in hiring, employment, supervision, retention, or transfer of any employee or volunteer workers; recommendation or referral of any person for employment or volunteer work; failure to protect or negligent supervision of any person (whether an adult or child), failure to investigate, or failure to comply with any obligation to report; and counseling.

b. (1) "Personal injury" or "advertising injury" which would not have occurred in whole or part but for the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, or escape of pollutants at any time.

(2) Any loss, cost, or expense arising out of any:

(a) Request, demand, or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of pollutants; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous, or thermal irritant or contaminant including smoke, vapor, soot, fumes, acid, alkalis, chemicals, and waste. Waste includes material to be recycled, reconditioned, or reclaimed.

c. "Personal injury" to:

(1) An employee of the insured if it occurs in the course of employment by the insured; or

(2) Consequential injury to a spouse, child, parent, brother, or sister of such injured employee.

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 1995

**POLICY NO.:** 0330018-81-098772

03/21/18

This exclusion applies where the insured is liable either as an employer or in any other capacity; or there is an obligation to fully or partially reimburse a third party for damages arising out of Paragraph c.(1) or c.(2) above.

This exclusion does not apply to liability assumed by the insured under a contract covered under Contractual Liability Coverage.

d. "Personal injury" if benefits are provided or are required to be provided by the insured under a workers' compensation, disability benefits, occupational disease, unemployment compensation, or like law.

e. "Personal injury" that arises out of any:

(1) Refusal to employ;

(2) Termination of employment;

(3) Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination, sexual misconduct, or other employment-related practices, policies, acts, or omissions; or

(4) Consequential "personal injury" as a result of e.(1), e.(2), or e.(3) above.

This Exclusion applies where the insured is liable either as an employer or in any other capacity; or there is an obligation to fully or partially reimburse a third party for damages arising out of Paragraph e.(1), e.(2), e.(3), or e.(4) above.

f. "Advertising injury" arising out of:

(1) Breach of contract, other than misappropriation of advertising ideas under an implied contract;

(2) The failure of goods, products, or services to conform with advertised quality of performance;

(3) The wrong description of the price of goods, products, or services; or

(4) An offense committed by an insured whose business is advertising, broadcasting, publishing, or telecasting.

## SECTION II - SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

1. When we have the duty to defend, we will pay with respect to any claim or "suit" we defend:

a. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the bodily injury liability coverage applies. We do not have to furnish these bonds.

b. The cost of bonds to release attachments, but only for bond amounts within the applicable Limit of Insurance. We do not have to furnish these bonds.

c. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $250 a day because of time off from work.

d. All costs taxed against the insured in the "suit." For the purpose of this provision, costs do not include prejudgment interest or post judgment interest.

e. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

f. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable Limit of Insurance.

Payments under this section of the policy, as well as payments for all expenses we incur, will not reduce the Limits of Insurance.

## SECTION III - WHO IS AN INSURED

1. If you are designated in the Declarations Page as:

a. An individual, you, and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

UMB 8001 (01-04)

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 1995

Page 7 of 17

Case: 1:23-cv-01721 Document #: 113-27 Filed: 02/05/24 Page 17 of 64 PageID #:7942

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture, or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

a. Your "employees," other than your "executive officers," but only for acts within the scope of their employment by you. However, none of these "employees" is an insured for:

(1) "Bodily injury" or "personal injury" to you or to a co-employee while in the course of his or her employment; or

(2) "Bodily injury" or "personal injury" arising out of his or her providing or failing to provide "professional health care services"; or

(3) "Property damage" to property owned or occupied by or rented or loaned to that "employee," any of your other "employees," or any of your partners or members (if you are a partnership, joint venture, or limited liability company).

b. Any person (other than your "employee") or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

e. Any other person or organization who is insured under any policy of "underlying insurance." The coverage afforded such insureds under this policy will be no broader than the "underlying insurance" except for this policy's Limit of Insurance.

f. Any person or organization for whom you have agreed in writing to provide insurance such as if afforded by this policy, but only with respect to operations performed by you or on your behalf or facilities owned or used by you.

The above Paragraphs 1. and 2. do not apply to any "automobile" or to any "mobile equipment" registered in your name under any motor vehicle registration law.

3. With respect to:

a. Any "automobile"; or

b. Any "mobile equipment" registered in your name under a motor vehicle registration law:

(1) You are an insured.

(2) Anyone else while using such "automobile" or "mobile equipment" with your permission is an insured, except:

(a) The owner or anyone else from whom you hire or borrow an "automobile." This exception does not apply if the "automobile" is a trailer connected to an "automobile" you own.

(b) Your "employee" if the "automobile" is owned by that "employee" or a member of his or her household.

(c) Someone using an "automobile" while he or she is working in a business of selling, servicing, repairing, or parking "automobiles" unless that business is yours.

(d) Anyone other than your "employees," partners, a lessee, or borrower or any of their "employees" while moving property to or from an "automobile."

(e) Any "employee" for "bodily injury" to a co-employee while in the course of his or her employment.

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 1995

Case: 1:23-cv-01727 Document #: 113-27 Filed: 02/05/23 Page 18 of 64 PageID #:7973

(3) Any person or organization who is an insured under any automobile policy of "underlying insurance" is an insured. The coverage afforded such insureds under this policy will be no broader than the automobile "underlying insurance" except for this policy's Limit of Insurance.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture, or limited liability company that is not shown as a Named Insured in the Declarations Page.

4. Any organization you newly acquire or form, other than a partnership, joint venture, or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period set forth in the Declarations Page, whichever is earlier.

b. Coverage is applicable only in excess of the limits of "underlying insurance" as shown in the Declarations Page, and you must add such organization to your "underlying insurance" as soon as practicable, advising us of such additions. We may then make adjustment of premium charges.

c. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

d. Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

## SECTION IV - LIMITS OF INSURANCE

1. The Limit of Insurance shown in the Declarations Page and the rules below fix the most we will pay regardless of the number of:

a. "Insureds";

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits."

2. The General Aggregate Limit is the most we will pay for the sum of all "ultimate net losses" under Coverage A and Coverage B.

3. Under Coverage A, and subject to 2. above, the Each Occurrence Limit is the most we will pay for "ultimate net loss" because of all "bodily injury" or "property damage" arising out of any one "occurrence."

4. Under Coverage B, and subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay for "ultimate net loss" because of all "personal injury" and all "advertising injury" sustained by any one person.

The Limit of Insurance applies separately to each consecutive annual period, and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations Page, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limit of Insurance.

## SECTION V - EXCESS POLICY CONDITIONS

1. Appeals.

In the event the insured or any "underlying insurers" elects not to appeal a judgment which exceeds the "retained limit," we may elect to do so. We shall be liable, in addition to the Limit of Insurance, for all costs, taxes, expenses incurred, and interest on judgments incidental to such an appeal and for all such costs, expenses, and interest on appeals in connection with our right and duty to defend the insured under defense and supplementary payments.

2. Bankruptcy.

Bankruptcy, insolvency, or receivership of the insured, the insured's estate, or of any "underlying insurer" will not relieve us of our obligations under the policy. With regard to bankruptcy, insolvency, or receivership or any "underlying insurer," this policy shall not apply as a replacement of such bankrupt or insolvent insurers and our Limits of Insurance will apply only in excess of the required Limit(s) of Insurance stated in the Declarations Page of this policy.

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 1995

Case: 1:23-cv-01721 Document #: 113-27 Filed: 02/05/24 Page 19 of 64 PageID #:7964

**POLICY NO.:** 0330018-81-098772                           03/21/18

3. Cancellation.

   a. The first Named Insured shown in the Declarations Page may cancel this policy by mailing or delivering to us advance written notice of cancellation.

   b. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

      (1) Ten (10) days before the effective date of cancellation if we cancel for nonpayment of premium; or thirty (30) days before the effective date of cancellation if we cancel for any other reason.

   c. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

   d. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

   e. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

   f. If notice is mailed, proof of mailing will be sufficient proof of notice.

4. Changes.

   This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations Page is authorized to make changes in the terms of this policy upon our giving written consent. This policy's terms can be amended or waived only by endorsement to this policy issued by us.

5. Duties in the Event of Occurrence, Offense, Claim, or Suit.

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when, and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses, or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

6. Examination of Your Books and Records.

   We may examine and audit your books and records as they relate to this policy at any time during the policy period set forth in the Declarations Page and up to three (3) years afterward.

7. Inspections and Surveys.

   We have the right but are not obligated to:

   a. Make inspections and surveys at any time;

UMB 8001 (01-04)          Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 1995

**POLICY NO.:** 0330018-81-098772

03/21/18

b. Give you reports on the conditions we find; and

c. Recommend changes to such conditions.

Any inspections, surveys, reports, or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. We also do not warrant that conditions:

a. Are safe or healthful; or

b. Comply with laws, regulations, codes, or standards.

This condition applies not only to us, but also to any rating, advisory, rate service, or similar organization which makes insurance inspections, surveys, reports, or recommendations on our behalf.

8. Legal Action Against Us.

No person or organization has a right under this policy:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an "insured"; or

b. To sue us under this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an "insured" obtained after an actual trial, but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant, or the claimant's legal representative.

9. Maintenance of Underlying Insurance.

a. You must keep the "underlying insurance" described in the Declarations Page, or renewal or replacement policies not more restrictive in their terms and conditions, in full force and effect during the policy period of this policy. The Limits of Insurance must be maintained without reduction other than by payment of losses covered thereunder. You must also inform us within thirty (30) days of

any cancellation of any policy of "underlying insurance," or replacement of any policy of "underlying insurance" by the "underlying insurer" or any other insurer.

b. You must notify us immediately of any changes to the terms of any "underlying insurance" policies. We may make adjustment of premium charges under this policy beginning with the effective date of the changes that were made to the terms of any "underlying insurance" policies.

c. Your failure to comply with the foregoing Paragraphs a. and b. will not invalidate this policy, but in the event of such failure, we shall be liable under this policy only to the extent that we would have been liable had you complied with these obligations.

10. Other Insurance.

If other valid and collectible insurance is available to the insured for "ultimate net loss" we cover under this policy, our obligations under this policy are limited as follows:

a. Excess Insurance.

This insurance is excess over any other insurance, whether primary, excess, contingent, or on any other basis, except such insurance as is specifically purchased to apply in excess of this policy's Limit of Insurance.

We will pay only our share of the amount of "ultimate net loss," if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under this or any other insurance.

b. We will have no duty under Coverages A and B to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we may undertake to do so, but we will be entitled to the insured's right against all other insurers.

UMB 8001 (01-04)

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 1995

Page 11 of 17

**POLICY NO.:** 0330018-81-098772                                       03/21/18

11. Premium Audit.

   a. We will compute all premiums for this policy in accordance with our rules and rates.

   b. Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period, we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy term is greater than the earned premium, we will return the excess to the first Named Insured, but not if such audit premium is less than the minimum premium.

   c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such time as we may request.

12. Premiums and Forms.

   a. The first Named Insured shown in the Declarations Page:

      (1) Is responsible for the payment of all premiums; and

      (2) Will be the payee for any return premium we pay.

   b. When this policy is issued for a period in excess of one (1) year:

      (1) On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

      (2) Any new or revised forms or endorsements applicable to this policy shall be substituted or added at the anniversary date of the policy.

13. Representations.

   By accepting this policy, you agree that:

   a. The information shown in the Declarations Page is accurate and complete;

   b. The information is based upon representations you made to us in your application(s) for this policy;

   c. We have issued this policy in reliance upon your representations; and

   d. Except as otherwise provided in this policy or by law, this policy is void in any case of fraud or if you intentionally conceal or misrepresent any material facts concerning this policy, in your application for this policy or otherwise.

14. Separation of Insureds.

   Except with respect to the Limit of Insurance, and any rights or duties specifically assigned to the first Named Insured, this insurance applies:

   a. As if each Named Insured were the only Named Insured; and

   b. Separately to each insured against whom claim is made or "suit" is brought.

15. Sole Agent.

   The Named Insured first shown in the Declarations Page is authorized to act on behalf of all insureds with respect to giving or receiving notice of cancellation, receiving refunds, and agreeing to any changes in this policy.

16. Transfer of Rights of Recovery Against Others to Us.

   If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after this loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

   Any recoveries shall be applied first to reimburse any interests (including the insured) that may have paid any amounts in excess of our liability under this policy; then to reimburse us for any payment hereunder; and lastly to reimburse such interests (including the insured) as to which this policy is excess, as are entitled to the residue, if any.

   When we assist in pursuit of the insured's rights of recovery, reasonable expenses resulting therefrom shall be apportioned among all interests in the ratio of their respective recoveries.

   If there should be no recovery as a result of proceedings instituted solely at our request, we shall bear all expenses of such proceedings.

UMB 8001 (01-04)                   Copyright, Church Mutual Insurance Company, 2004.                   Page 12 of 17
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 1995

**POLICY NO.:** 0330018-81-098772 03/21/18

17. Transfer of Your Rights and Duties Under This Policy.

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

18. When We Do Not Renew.

If we decide not to renew this policy, we will mail or deliver to the first Named Insured shown in the Declarations Page written notice of the nonrenewal not less than thirty (30) days before the expiration date or such other period as may be required by law.

If notice is mailed, proof of mailing will be sufficient proof of notice.

19. When Loss Payable.

Our liability for any portion of "ultimate net loss" shall not apply until the insured or any "underlying insurer" shall be obligated to pay the "retained limit." An insured's obligation to pay damages shall have been finally determined either by judgment against the insured after actual trial or by written agreement of the insured, the claimant, and us.

## SECTION VI - DEFINITIONS

1. "Advertising injury" means injury arising out of one or more of the following offenses:

   a. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products, or services;

   b. Oral or written publication of material that violates a person's right of privacy;

   c. Misappropriation of advertising ideas or style of doing business; or

   d. Infringement of copyright, title, or slogan.

2. "Automobile" means a land motor vehicle, trailer, or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "automobile" does not include "mobile equipment."

3. "Bodily injury" means bodily injury, sickness, or disease sustained by a person, including death resulting from any of these at any time. "Bodily injury" does not include mental or emotional injury, suffering, or distress that does not result from physical injury.

4. "Coverage territory" means anywhere in the world if the insured's responsibility to pay damages is determined in a "suit" on the merits, in the United States of America (including its territories and possessions), Puerto Rico, or Canada, or in a settlement we agree to.

5. "Employee" includes a "leased worker." "Employee" does not include a "temporary worker."

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws, or any other similar governing document.

7. "Impaired property" means tangible property, other than "your product" or "your work" that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate, or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   If such property can be restored to use by:

   c. The repair, replacement, adjustment, or removal of "your product" or "your work"; or

   d. Your fulfilling the terms of the contract or agreement.

8. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

UMB 8001 (01-04)

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 1995

Page 13 of 17

FILED DATE: 12/4/2023 12:21 PM 2023CH09797

Case: 1:23-cv-01721 Document #: 113-27 Filed: 02/05/24 Page 23 of 64 PageID #:8008

POLICY NO.: 0330018-81-098772

03/21/18

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement; or

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization.

Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass, or crossing.

(2) That indemnifies an architect, engineer, or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

(3) Under which the insured, if an architect, engineer, or surveyor, assumes liability for any injury or damage arising out of the insured's rendering or failure to render professional services, including those

listed in (2) above and supervisory, inspection, architectural, or engineering activities.

An "insured contract" does not include that part of any contract or agreement that indemnifies any person or organization for; or under which an insured assumes the liability of any person or organization for "bodily injury," "property damage," "personal injury," "advertising injury," or injury for "sexual misconduct or sexual molestation"; arising out of a "professional health care incident."

9. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker."

10. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft, or "automobile";

b. While it is in or on an aircraft, watercraft, or "automobile"; or

c. While it is being moved from an aircraft, watercraft, or "automobile" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft, or "automobile."

11. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment.

a. Bulldozers, farm machinery, forklifts, and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

UMB 8001 (01-04)

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 1995

Page 14 of 17

Case: 1:23-cv-01727 Document #: 13-27 Filed: 02/05/23 Page 24 of 64 PageID #:8079

(1) Power cranes, shovels, loaders, diggers, or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers, or rollers.

e. Vehicles not described in a., b., c., or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps, and generators, including spraying, welding, building cleaning, geophysical exploration, lighting, and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers.

f. Vehicles not described in a., b., c., or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "automobiles."

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning.

(2) Cherry pickers and similar devices mounted on "automobile" or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps, and generators, including spraying, welding, building cleaning, geophysical exploration, lighting, and well servicing equipment.

12. "Occurrence" means:

a. With respect to "bodily injury" or "property damage," an accident, including continuous or repeated exposure to substantially the same general harmful conditions. This does not apply to your liability (other than under a contract or agreement) for "bodily injury" to your "employees" arising out of and in the course of employment by you; or

b. With respect to your liability (other than under a contract or agreement) for "bodily injury" to your "employees" arising out of and in the course of employment by you, "bodily injury" caused by accident or disease.

13. "Personal injury" means injury, other than "bodily injury" arising out of one or more of the following offenses:

a. False arrest, detention, or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies;

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products, or services; or

e. Oral or written publication of material that violates a person's right of privacy.

14. "Products - completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 1995

**POLICY NO.:** 0330018-81-098772                                              03/21/18

Work that may need service, maintenance, correction, repair, or replacement, but which is otherwise complete, will be treated as completed.

b.  Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment, or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations states that products - completed operations are subject to the General Aggregate Limit.

15. "Professional health care incident" means:

a.  Any act or omission:

(1) In the furnishing of "professional health care services." This includes furnishing of food, beverages, medications, or appliances in connection with such services;

(2) In the handling of deceased human bodies; or

(3) Arising out of service by any persons as members of a formal accreditation, standards review, or similar board of the Named Insured or as a person who executes the duties of such board;

b.  Failure to comply with any right of a health care facility resident under any state law regulating you as a resident health care facility;

c.  Failure to comply with any right of a resident as included in the United States Department of Health, Education, and Welfare regulation governing intermediate care facilities and skilled nursing facilities regardless of whether you are subject to such regulations; and

d.  Failure to protect any resident from undue influence by an insured when such undue influence is to the personal or financial detriment of the resident.

16. "Professional health care services" means your professional medical, nursing, cosmetic, social, and similar professional services that relate to the care of any resident.

17. "Property damage" means:

a.  Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b.  Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

18. "Retained limit" means the greater of:

a.  That amount of "underlying insurance" applicable to any claim or "suit," whether such "underlying insurance" is collectible or not; or

b.  The amount of "self-insured retention" as shown in the Declarations Page.

19. "Sexual misconduct or sexual molestation" is any activity by anyone (whether an adult or child) which is sexual in nature whether permitted or unpermitted, including but not limited to, sexual assault, sexual battery, sexual relations, sexual acts, sexual activity, sexual handling, sexual massage, sexual exploitation, sexual exhibition, photographic, video, or other reproduction of sexual activity, sexual stimulation, fondling, intimacy, exposure of sexual organs, lewd or lascivious behavior or indecent exposure, fornication, undue familiarity, or unauthorized touching.

20. "Self-insured retention" means the dollar amount specified in the Declarations Page.

21. "Suit" means a civil proceeding in which damages because of "bodily injury," "property damage," "personal injury," and "advertising injury" to which this insurance applies are alleged. "Suit" includes:

a.  An arbitration proceeding in which such damages are claimed and to which the

UMB 8001 (01-04)          Copyright, Church Mutual Insurance Company, 2004.<br>Includes copyrighted material of Insurance Services Office, Inc., with its permission.<br>© ISO Properties, Inc., 1995          Page 16 of 17

Case: 1:23-cv-01721 Document #: 113-27 Filed: 02/05/23 Page 26 of 64 PageID #:8083

insured must submit or does submit with our consent; or

b.  Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

22. "Ultimate net loss" means those sums that are in excess of the "retained limit." "Ultimate net loss" may be established by adjudication, arbitration, or a compromise settlement to which we have previously agreed in writing. "Ultimate net loss" shall be reduced by any recoveries or salvages which have been paid or will be collected, but the amount of "ultimate net loss" shall not include any expenses incurred by any insured, by us, or by any "underlying insurer."

23. "Underlying insurance" means the coverage(s) afforded under insurance policies designated in the Declarations Page. "Underlying insurance" also includes any other insurance available to the insured, except such insurance as may be purchased to apply specifically in excess of this policy.

24. "Underlying insurer" means any company issuing any policy of "underlying insurance."

25. "Your product" means:

a.  Any goods or products, other than real property, manufactured, sold, handled, distributed, or disposed of by:

(1) You;

(2) Others trading under your name; or

(3) A person or organization whose business or assets you have acquired; and

b.  Containers (other than vehicles), materials, parts, or equipment furnished in connection with such goods or products.

"Your product" includes:

c.  Warranties or representations made at any time with respect to the fitness, quality, durability, performance, or use of "your product"; and

d.  The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

26. "Your work" means:

a.  Work or operations performed by you or on your behalf; and

b.  Materials, parts, or equipment furnished in connection with such work or operations.

"Your work" includes:

c.  Warranties or representations made at any time with respect to the fitness, quality, durability, performance, or use of "your work"; and

d.  The providing of or failure to provide warnings or instructions.

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 1995

FILED DATE: 12/4/2023 12:21 PM   2023CH09797

**POLICY NO.:** 0330018-81-098772

03/21/18

POLICY NO.: 0330018-81-098772 03/21/18

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## NUCLEAR ENERGY LIABILITY EXCLUSION - BROAD FORM

This endorsement modifies insurance provided under the Umbrella Liability Policy.

The following exclusion is added to the Umbrella Liability Policy.

### A. EXCLUSION

1. This insurance does not apply:

   a. Under any liability coverage to "bodily injury" or "property damage":

   (1) With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   b. Under any liability coverage to "bodily injury" or "property damage" resulting from the "hazardous properties" of "nuclear material" if:

   (1) The "nuclear material" (a) is at any nuclear facility owned by, or operated by or on behalf of, an insured or (b) has been discharged or dispersed therefrom;

   (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

   (3) The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any nuclear facility, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such nuclear facility and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" include radioactive, toxic or explosive properties;

   "Nuclear material" means source material, special nuclear material or by-product material;

   "Source material", "special nuclear material" and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

   "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a nuclear reactor;

   "Waste" means any waste material (a) containing by-products material other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily from its source material contents, and (b) resulting from the operation by any person or organization of any nuclear facility included under the first two paragraphs of the definition of nuclear facility.

   "Nuclear facility" means:

   a. Any nuclear reactor;

   b. Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing spent fuel; or (3) handling, processing or packaging waste;

UMB 8115 (2-88)

Copyright, Church Mutual Insurance Company, 1988.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984.

Page 1 of 2

FILED DATE: 12/4/2023 12:21 PM 2023CH09797

**POLICY NO.:** 0330018-81-098772                                                         03/21/18

c.  Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

d.  Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of waste;

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

Copyright, Church Mutual Insurance Company, 1988.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984.

FILED DATE: 12/4/2023 12:21 PM 2023CH09797

**POLICY NO.:** 0330018-81-098772                                                03/21/18

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - ASBESTOS

This endorsement modifies insurance provided under the following:

UMBRELLA LIABILITY POLICY

The following exclusion is added to Paragraph 3. Exclusions of **SECTION I - INSURING AGREEMENTS, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY COVERAGE** and Paragraph 3. Exclusions of **COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY COVERAGE**:

This insurance does not apply to:

a. "Bodily injury", "property damage", "personal injury", and "advertising injury" arising out of any actual, alleged, or threatened presence, discharge, dispersal, seepage, migration, release, or escape of, or exposure to asbestos, including, but not limited to, any asbestos contained in any material, products, dust, or debris; or

b. Any loss, cost, or expense arising out of any:

(1) Request, demand, order, or statutory or regulatory requirement that any insured or any others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or take any other action regarding asbestos, asbestos products, asbestos fibers, or asbestos dust; or

(2) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing or in any way responding to asbestos, asbestos products, asbestos fibers, or asbestos dust.

The coverage afforded by this policy does not apply to any injuries or damages or any obligation to defend any "suit" or claim against the insured or payment for the investigation or defense of any loss, indemnification, injury, or damage or any cost, fine, or penalty or for any expense, claim, or "suit" related to any of the above.

UMB 8117 (07-17)              Copyright, Church Mutual Insurance Company, 2017.              Page 1 of 1

FILED DATE: 12/4/2023 12:21 PM   2023CH09797

**POLICY NO.:** 0330018-81-098772

03/21/18

FILED DATE: 12/4/2023 12:21 PM 2023CH09797

**POLICY NO.:** 0330018-81-098772                                03/21/18

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION - EXCLUDED OPERATIONS

This endorsement modifies insurance provided under the Umbrella Liability Policy.

The following exclusion is added to the Umbrella Liability Policy.

### A. EXCLUSION - EXCLUDED OPERATION(S)

1. This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" to any person arising out of any excluded operation(s) shown in the applicable schedule of the Declarations Page.

   Refer to the Declarations Page to determine the excluded operation(s).

UMB 8118 (2-88)                                                Page 1 of 1

FILED DATE: 12/4/2023 12:21 PM  2023CH09797

**POLICY NO.:**  0330018-81-098772                                            03/21/18

**POLICY NO.:** 0330018-81-098772 03/21/18

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION - LEAD LIABILITY

This endorsement modifies insurance provided under the Umbrella Liability Policy.

The following exclusion is added to the Umbrella Liability Policy.

A. EXCLUSION - LEAD LIABILITY

This insurance does not apply to:

1. Actual or alleged "bodily injury" arising out of the presence, ingestion, inhalation, absorption, adsorption, or exposure to lead in any form;

2. Actual or alleged "property damage," "personal injury," or "advertising injury" arising out of any form of lead;

3. Any loss, cost, or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of lead; or

4. Any loss, cost, or expense arising out of any claim or suit by or on behalf of any governmental authority for damages resulting from testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effects of lead.

UMB 8121 (9-94) EXCLUSION - LEAD LIABILITY Page 1 of 1

FILED DATE: 12/4/2023 12:21 PM 2023CH09797

**POLICY NO.:**  0330018-81-098772                                                     03/21/18

**POLICY NO.:** 0330018-81-098772                                                03/21/18

FILED DATE: 12/4/2023 12:21 PM 2023CH09797

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

## EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

UMBRELLA LIABILITY POLICY

A.  The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

B.  The following definitions are added:

1.  For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part or underlying insurance to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal injury" or "advertising injury" as may be defined in any applicable Coverage Part or underlying insurance.

2.  "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

    a.  The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

b.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

C.  The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

UMB 8126 (01-15)
Copyright, Church Mutual Insurance Company, 2015.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2015.
Page 1 of 1

FILED DATE: 12/4/2023 12:21 PM 2023CH09797

**POLICY NO.:** 0330018-81-098772

03/21/18

**POLICY NO.:** 0330018-81-098772                                                03/21/18

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WAR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the Umbrella Liability Policy.

A. Exclusion i. under Paragraph 3., **Exclusions of Section I - Coverage A - Bodily Injury and Property Damage Liability Coverage** is replaced by the following:

3. Exclusions

   This insurance does not apply to:

   i.  War

       "Bodily injury" or "property damage," however caused, arising, directly or indirectly, out of:

       (1) War, including undeclared or civil war; or

       (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

       (3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

B. The following exclusion is added to Paragraph 3., **Exclusions of Section I - Coverage B - Personal and Advertising Injury Liability Coverage**:

3. Exclusions

   This insurance does not apply to:

   **WAR**

   "Personal and advertising injury," however caused, arising, directly or indirectly, out of:

   a. War, including undeclared or civil war; or

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

UMB 8133 (05-03)

Copyright, Church Mutual Insurance Company, 2003.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2002.

Page 1 of 1

FILED DATE: 12/4/2023 12:21 PM   2023CH09797

FILED DATE: 12/4/2023 12:21 PM 2023CH09797

**POLICY NO.:** 0330018-81-098772

03/21/18

.

POLICY NO.: 0330018-81-098772                                                    03/21/18

# THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the Umbrella Liability Policy.

A. The following exclusion is added to Paragraph 3., Exclusions of **SECTION I - COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY COVERAGE**:

3. Exclusions

   This insurance does not apply to:

   **FUNGI OR BACTERIA**

   a. "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

   b. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

   This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

B. The following exclusion is added to Paragraph 3., Exclusions of **SECTION I - COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY COVERAGE**:

3. Exclusions

   This insurance does not apply to:

   **FUNGI OR BACTERIA**

   a. "Personal injury" and "advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

   b. Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

C. The following definition is added to **SECTION VI - DEFINITIONS**:

   "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

UMB 8134 (04-06)                      Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2003.                       Page 1 of 1

FILED DATE: 12/4/2023 12:21 PM   2023CH09797

**POLICY NO.:** 0330018-81-098772

03/21/18

.

.

FILED DATE: 12/4/2023 12:21 PM 2023CH09797

**POLICY NO.:** 0330018-81-098772                                                    03/21/18

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## SENIOR LIVING FACILITY PROFESSIONAL LIABILITY COVERAGE

This endorsement modifies insurance provided under the Umbrella Liability Policy.

The following is added to the Umbrella Liability Policy.

**A. SENIOR LIVING FACILITY PROFESSIONAL LIABILITY**

1. With respect to the operation of any Senior Living Facility, this insurance does not apply to any "Professional Health Care Incident" except to the extent that such insurance is provided by "underlying insurance."

2. When this insurance does apply, the Limit of Insurance shall be the Each Occurrence Limit of Insurance that is shown in the Declarations Page. The Senior Living Facility Professional Liability Aggregate Limit is a separate Aggregate Limit and shall be the General Aggregate Limit of Insurance that is shown on the Declarations Page.

3. Additional Definitions.

   a. With respect to the Senior Living Facility Professional Liability Insurance:

      (1) "Bodily injury" includes injury arising out of a "Professional Health Care Incident."

      (2) "Professional health care incident" means:

         (a) Any act or omission:

            1) In the furnishing of "professional health care services." This includes furnishing of food, beverages, medications, or appliances in connection with such services;

            2) In the handling of deceased human bodies;

         3) Arising out of service by any persons as members of a formal accreditation, standards review, or similar board of the Named Insured or as a person who executes the duties of such board.

         (b) Failure to comply with any right of a resident under any state or federal law regulating you as a resident health care facility;

         (c) Failure to protect any resident from undue influence by an insured when such undue influence is to the personal detriment of the resident.

      Any such act, omission, or failure, together with all related acts, omissions, or failures in the furnishing of "professional health care services" to any one person, shall be considered one "professional health care incident" subject to the Each Occurrence Limit of Insurance in force at the time of the first "professional health care incident" during an umbrella policy providing coverage of this type that we have issued to you. All such "professional health care incidents" shall be deemed to take place at the time of that first such "professional health care incident."

      (3) "Professional health care services" means your professional nursing, social, and similar professional services that relate to the care of your residents.

UMB 8202.1 IL (10-07)          Copyright, Church Mutual Insurance Company, 2007          Page 1 of 1

FILED DATE: 12/4/2023 12:21 PM    2023CH09797

**POLICY NO.:**   0330018-81-098772

03/21/18

**POLICY NO.:** 0330018-81-098772 03/21/18

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## UNDERLYING INSURANCE REQUIREMENTS - ACQUIRED AUTOMOBILES

This endorsement modifies insurance provided under the Umbrella Liability Policy.

The following exclusion is added to the Umbrella Liability Policy.

### A. UNDERLYING INSURANCE REQUIREMENTS - ACQUIRED AUTOMOBILES

1. If you acquire any automobile during the policy period of this policy, you must obtain minimum required limits of "underlying insurance" to apply to that automobile. An automobile you acquire is an automobile owned by or leased to you.

   The minimum required limits of "underlying insurance" that must apply to an automobile are as follows:

   a. Bodily Injury Liability: $1,000,000 Each Person $1,000,000 Each Accident

   Uninsured and Underinsured Motorist Coverage: $1,000,000 Each Person $1,000,000 Each Accident

   Property Damage Liability: $100,000 Each Accident

   Uninsured Motorist Property Damage: (When available due to state law.) $100,000 Each Accident

   OR

   b. Bodily Injury and Property Damage Liability: $1,000,000 Each Accident

   Uninsured* and Underinsured Motorist Coverage: $1,000,000 Each Accident*

   *When available due to state law, uninsured motorist property damage must be included in the above each accident limit.

2. Your failure to comply with the above requirements will not invalidate this policy, but in the event of such failure, we shall be liable under this policy only to the extent that we would have been liable had you obtained the limits of insurance described in the paragraphs above, whichever applies.

UMB 8210 (03-03) Copyright, Church Mutual Insurance Company, 1991 & 2003. Page 1 of 1

FILED DATE: 12/4/2023 12:21 PM 2023CH09797

FILED DATE: 12/4/2023 12:21 PM 2023CH09797

**POLICY NO.:** 0330018-81-098772 03/21/18

**POLICY NO.:** 0330018-81-098772                                                03/21/18

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## AMENDATORY ENDORSEMENT - PERSONAL INJURY

This endorsement modifies insurance provided under the Umbrella Liability Policy.

The following is added to the Umbrella Liability.

A. **SECTION VI - DEFINITIONS**, paragraph 13, is deleted and replaced with the following:

13. "Personal injury" means injury, other than "bodily injury" arising out of one or more of the following offenses:

   a. False arrest, detention, or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies, unless such offense is alleged against an insured by an "Affiliated Entity."

   d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products, or services, unless such offense is alleged against an insured by an "Affiliated Entity"; or

   e. Oral or written publication of material that violates a person's right of privacy.

B. The following is added to **SECTION VI - DEFINITIONS**:

"Affiliated Entity" means any entity or organization with which the Named Insured is affiliated or associated, or which the Named Insured governs or is governed by, owns or is owned by, or controls or is controlled by, including, but not limited to, any and all corporations, associations, partnerships, joint ventures, foundations, churches, congregations, trusts, educational institutions, day care facilities, group home facilities, denominations, dioceses, conventions, districts, synods, councils, and any other similar entity or organization. "Affiliated Entity" includes all "Directors, Officers and Trustees," employees, members, or volunteers of such entity or organization, or of the Named Insured.

"Directors, Officers and Trustees" means any of your past, present, or future directors, officers, trustees, clergy, wardens, deacons, elders, or members of duly elected, appointed, or constituted governing bodies while acting within the scope of their duties as such; and, in the event of death, incapacity, or bankruptcy, the estate, heirs, legal representatives, or assigns of the individual, but only with respect to their duties as such.

UMB 8214 (12-06)                 Copyright, Church Mutual Insurance Company, 2006                 Page 1 of 1

FILED DATE: 12/4/2023 12:21 PM   2023CH09797

**POLICY NO.:**  0330018-81-098772

03/21/18

**POLICY NO.:** 0330018-81-098772                                          03/21/18

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## BODILY INJURY DEFINITION

This endorsement modifies insurance provided under the Umbrella Liability Policy.

A.  The definition of "Bodily injury" is replaced by the following:

"Bodily injury" means bodily injury, sickness, or disease sustained by a person, including death resulting from any of these at any time.

UMB 8215 (12-07)          Copyright, Church Mutual Insurance Company, 2007          Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2003

FILED DATE: 12/4/2023 12:21 PM   2023CH09797

FILED DATE: 12/4/2023 12:21 PM   2023CH09797

**POLICY NO.:**  0330018-81-098772                                                                                      03/21/18

Case: 1:23-cv-01727 Document #: 13-27 Filed: 03/05/23 Page 50 of 64 PageID #:8205

**POLICY NO.:** 0330018-81-098772                                        03/21/18

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## CORPORATE ENTITY ENDORSEMENT

This endorsement modifies insurance provided under the Umbrella Liability Policy.

If the first Named Insured under this policy operates as a specific unit that is part of a corporate entity, then the insurance provided by this policy applies only to the premises and operations of the first Named Insured.

This insurance does not apply to the corporate entity or to any other premises or operations of any other unit of the corporate entity unless such unit or entity is specifically named as an additional insured under this policy.

UMB 8216 (12-07)          Copyright, Church Mutual Insurance Company, 2007          Page 1 of 1

FILED DATE: 12/4/2023 12:21 PM  2023CH09797

FILED DATE: 12/4/2023 12:21 PM  2023CH09797

**POLICY NO.:**  0330018-81-098772                                          03/21/18

FILED DATE: 12/4/2023 12:21 PM 2023CH09797

**POLICY NO.:** 0330018-81-098772                                    03/21/18

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## UNINSURED/UNDERINSURED MOTORISTS - HIRED AND NONOWNED AUTOMOBILE LIABILITY

This endorsement modifies insurance provided under the Umbrella Liability Policy.

The following is added to the Umbrella Liability Policy.

**A.  UNINSURED/UNDERINSURED MOTORISTS**

1.  This policy does not provide any uninsured or underinsured motorists coverage except to the extent that such insurance is provided by "underlying insurance."

2.  When this insurance does apply, the Limit of Insurance shall be the Each Occurrence Limit of Insurance that is shown in the Declarations Page.

UMB 8217 (02-08)             Copyright, Church Mutual Insurance Company, 2008                    Page 1 of 1
                    Includes copyrighted material of Insurance Services Office, Inc., with its permission.
                                    © ISO Properties, Inc., 1988

FILED DATE: 12/4/2023 12:21 PM   2023CH09797

**POLICY NO.:**   0330018-81-098772

03/21/18

Case: 1:23-cv-01721 Document #: 13-27 Filed: 03/05/23 Page 54 of 64 PageID #:839

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDATORY ENDORSEMENT - ILLINOIS

This endorsement modifies insurance provided under the Umbrella Liability Policy.

**SECTION V - EXCESS POLICY CONDITIONS,** Cancellation, is replaced with the following:

A. Cancellation

1. The Named Insured shown in the Declarations Page may cancel this policy by mailing to us advance written notice of cancellation.

2. We may cancel this policy by mailing to you written notice stating the reason for cancellation. If we cancel:

   a. For nonpayment of premium, we will mail the notice at least ten (10) days prior to the effective date of cancellation.

   b. For a reason other than nonpayment of premium, we will mail the notice at least:

      (1) Thirty (30) days prior to the effective date of cancellation if the policy has been in effect for sixty (60) days or less.

      (2) Sixty (60) days prior to the effective date of cancellation if the policy has been in effect for more than sixty (60) days.

3. If this policy has been in effect sixty (60) days or more, or if it is a renewal or continuation policy, we may cancel this policy only if one or more of the following reasons apply:

   a. Nonpayment of premium;

   b. The policy was obtained through a material misrepresentation;

   c. Any insured has violated any of the terms and conditions of the policy;

   d. The risk originally accepted has measurably increased;

   e. Certification of the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

f. A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

**SECTION V - EXCESS POLICY CONDITIONS,** When We Do Not Renew, is replaced with the following:

When We Do Not Renew

If we decide not to renew or continue this policy, we will mail you and your agent or broker written notice, stating the reason for nonrenewal, at least sixty (60) days before the end of the policy period. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

The following is added to **SECTION V - EXCESS POLICY CONDITIONS:**

Mailing of Notices

We will mail cancellation and nonrenewal notices to you and the agent or broker at the last addresses known to us. Proof of mailing will be sufficient proof of notice.

UMB 8539 (03-05)

Copyright, Church Mutual Insurance Company, 2005.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2004.

FILED DATE: 12/4/2023 12:21 PM 2023CH09797

**POLICY NO.:** 0330018-81-098772　　　　　　　　　　　　　　　　　　03/21/18

The following is added to **SECTION V - EXCESS POLICY CONDITIONS**:

Renewal Provisions

If we decide to renew this policy with premium increases of 30% or higher, or impose changes in deductible or coverage that materially alter the policy, we will mail to the Named Insured written notice of such increase or change in deductible or coverage at least sixty (60) days prior to the renewal or anniversary date. Notification because of premium increase is not necessary where increases exceeding 30% are due to changed conditions or increased or broadened coverage.

UMB 8539 (03-05)

Copyright, Church Mutual Insurance Company, 2005.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2004.

Page 2 of 2

**POLICY NO.:** 0330018-81-098772                                                                03/21/18

# THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ILLINOIS CHANGES - CIVIL UNION

This endorsement modifies insurance provided under the Umbrella Liability Policy.

A.  The term spouse is replaced by the following:

Spouse or party to a civil union recognized under
Illinois law.

UMB 8540 (05-11)         Copyright, Church Mutual Insurance Company, 2011.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011.         Page 1 of 1

FILED DATE: 12/4/2023 12:21 PM   2023CH09797

**POLICY NO.:**   0330018-81-098772

03/21/18

**POLICY NO.:** 0330018-81-098772

03/21/18

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

## EXCLUSION - CYBER LIABILITY

This endorsement modifies insurance provided under the Umbrella Liability Policy.

The following change is made to the Umbrella Liability Policy.

### A. EXCLUSION - CYBER LIABILITY

This insurance does not apply to any of the following:

**1. Personal Injury or Advertising Injury**

"Bodily injury" arising out of "personal injury" or "advertising injury".

**2. Access or Disclosure of Confidential or Personal Information and Data-Related Liability**

**a.** Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information, or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts, or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices, or any other media which are used with electronically controlled equipment.

**b.** "Personal injury" or "advertising injury" arising out of any access to or

disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information, or any other type of nonpublic information.

These exclusions apply even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses, or any other loss, cost, or expense incurred by you or others arising out of that which is described in Paragraph **a.(1)**, **a.(2)**, or **b.** above.

However, unless Paragraph **a.** above applies, this exclusion does not apply to damages because of "bodily injury".

**3. Recording and Distribution of Material or Information in Violation of Law**

"Bodily injury", "property damage", "personal injury", or "advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**c.** The Fair Credit Reporting Act (FCRA) and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

---

UMB 8672 (10-16)

Copyright, Church Mutual Insurance Company, 2016.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2012.

Page 1 of 3

**d.** Any federal, state, or local statute, ordinance, or regulation, other than the TCPA, CAN-SPAM Act of 2003, or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating, or distribution of material or information.

### 4. Knowing Violation of Rights of Another

"Personal injury" or "advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal injury" or "advertising injury".

### 5. Quality or Performance of Goods - Failure to Conform to Statements

"Personal injury" or "advertising injury" arising out of the failure of goods, products, or services to conform with any statement of quality or performance made in your "advertisement".

### 6. Wrong Description of Prices

"Personal injury" or "advertising injury" arising out of the wrong description of the price of goods, products, or services stated in your "advertisement".

### 7. Infringement of Copyright, Patent, Trademark, or Trade Secret

"Personal injury" or "advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret, or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress, or slogan.

### 8. Insureds in Media- and Internet-Type Businesses

"Personal injury" or "advertising injury" committed by an insured whose business is:

**a.** Advertising, broadcasting, publishing, or telecasting;

**b.** Designing or determining content of websites for others; or

**c.** An Internet search, access, content, or service provider.

However, this exclusion does not apply to Subparagraphs **a.**, **b.**, and **c.** of "personal injury" under the **Definitions** section of the General Liability Coverage Form.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself considered the business of advertising, broadcasting, publishing, or telecasting.

### 9. Electronic Chatrooms or Bulletin Boards

"Personal injury" or "advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

### 10. Unauthorized Use of Another's Name or Product

"Personal injury" or "advertising injury" arising out of the unauthorized use of another's name or product in your email address, domain name, or metatag or any other similar tactics to mislead another's potential customers.

## B. DEFINITIONS

For purposes of application of this **EXCLUSION - CYBER LIABILITY endorsement**, the quoted terms below have the following meanings:

UMB 8672 (10-16)                Copyright, Church Mutual Insurance Company, 2016.                Page 2 of 3
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2012.

FILED DATE: 12/4/2023 12:21 PM   2023CH09797

**POLICY NO.:** 0330018-81-098772

03/21/18

FILED DATE: 12/4/2023 12:21 PM 2023CH09797

POLICY NO.: 0330018-81-098772                                                          03/21/18

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## EXCLUSION – CYBER LIABILITY AND DATA BREACH RESPONSE

This endorsement modifies insurance provided under the Umbrella  Liability Policy.

The following exclusion is added to the Umbrella Liability Policy.

**A. EXCLUSION - CYBER LIABILITY**

This insurance does not apply to Cyber Liability and Data Breach Response Coverage provided under the following Insuring Agreements:

1. Information Security and Privacy Liability;

2. Privacy Breach Response Services;

3. Regulatory Defense and Penalties;

4. Website Media Content Liability;

5. PCI Fines, Expenses, and Costs;

6. Cyber Extortion;

7. First Party Data Protection; and

8. First Party Network Business Interruption.

UMB 8673 (10-16)                    Copyright, Church Mutual Insurance Company, 2016.                    Page 1 of 1

FILED DATE: 12/4/2023 12:21 PM   2023CH09797

**POLICY NO.:**  0330018-81-098772                                    03/21/18

FILED DATE: 12/4/2023 12:21 PM   2023CH09797

FILED DATE: 12/4/2023 12:21 PM   2023CH09797

.