**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| TK ELEVATOR CORPORATION AND TRIAD SENIOR LIVING, INC. | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **Case No. 23-cv-17173** |
| v. | ) ) ) | Hon. Edmond E. Chang, U.S.D.J. Hon. Maria Valdez, U.S.D.M.J. |
| CHURCH MUTUAL INSURANCE COMPANY, S.I., | ) ) ) | |
| Defendant. | ) ) | |

**TK ELEVATOR CORPORATION'S MOTION REQUESTING
LEAVE TO FILE BRIEF IN EXCESS OF 15 PAGES**

NOW COMES the Plaintiff TK Elevator Corporation ("TKE" or "Plaintiff"), by and through its undersigned counsel, and moves this Honorable Court for an Order allowing it to file a Memorandum of Law in Support of its Motion for Partial Summary Judgment in excess of 15 pages, stating as follows:

1.    On February 6, 2025, all parties to this action jointly moved for permission to file cross-motions for partial summary judgment before the close of discovery. (Dkt. 81). In their joint motion, the parties proposed a briefing schedule on which the Plaintiffs and Defendant, respectively, would file motions, responsive briefing, and replies.

2.    By Minute Entry dated February 14, 2025, the Court granted the joint motion in part, allowing cross-motions for partial summary judgment before the close of discovery. (Dkt. 82). However, the Court set a four-brief schedule, including as follows: "(1) the Plaintiffs shall file the opening brief on summary judgment (arguing affirmatively why the duty to defend is

triggered and also moving against the affirmative defenses (e.g., exclusions that the Plaintiffs anticipate will be asserted by the Defendant)[.]"

3.     In accordance with the Court's Order above, TKE's opening brief must address the fact that its claim is covered and, therefore, CMIC owes TKE a duty to defend it in the Underlying Action, as well as coverage defenses that TKE *anticipates* CMIC will raise in its affirmative motion, which may be based on (a) CMIC's coverage correspondence to TKE concerning a commercial general liability ("CGL") policy; (b) CMIC's correspondence to Triad – concerning TKE's claim for coverage – concerning *two* policies (both the CGL policy and another policy under which TKE claims coverage (the "Targeted Policy")); *and* (c) CMIC's coverage positions as expressed in this action.

4.     Moreover, TKE notes that CMIC has altered its coverage positions.  For example, in its prior responsive pleading dated June 24, 2024, CMIC's Affirmative Defense No. 3 asserted that "Plaintiffs do not qualify as Insureds under the CGL and/or the Umbrella Policy."  However, in its newly filed responsive pleading dated February 18, 2025, CMIC now asserts as its Affirmative Defense No. 3 only that "TKE does not qualify as Insured under the CGL Policy[,]" implicitly conceding that TKE *is insured* under the Targeted Policy.

5.     In short, although the four-brief schedule is expected to eliminate unneeded repetition that might have occurred if a total of six briefs were filed, the new briefing schedule necessarily increases the number of issues that TKE must discuss in its opening brief – i.e., TKE must address the various purported "defenses to coverage" that CMIC has raised at one time or another and in CMIC's various correspondence to one or more insureds.

6.      Therefore, in order to sufficiently address all relevant issues and provide the Court with all facts necessary to rule on TKE's Motion, it will be necessary to prepare and submit a brief in excess of the 15-page limit.

WHEREFORE, TKE respectfully requests that this Court grant its motion for leave to file a brief in excess of the 15-page limit, said brief not to exceed 26 pages in length.


Dated: February 28, 2025                         Respectfully submitted,


                                                 **TK ELEVATOR CORPORATION,**

                                                 By:  *Craig K. Kaplin, ARDC #6309383*
                                                     One of Its Attorneys

                                                     Craig K. Kaplin, ARDC #6309383
                                                     MOLZAHN, REED & ROUSE, LLC
                                                     17 North State Street, Suite 1590
                                                     Chicago, IL 6060
                                                     T: (312) 553-8631
                                                     ckk@m2rlaw.com

                                                     and

                                                     Sherilyn Pastor, Bar #026031988(NJ)
                                                     Jennifer Black Strutt, Bar #423238(CT)
                                                     MCCARTER & ENGLISH, LLP
                                                     Four Gateway Center
                                                     100 Mulberry Street
                                                     Newark, NJ 07102
                                                     T: (973) 639-2070
                                                     spastor@mccarter.com
                                                     jstrutt@mccarter.com
                                                     (*Admitted pro hac vice*)

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 28, 2025, a copy of TK Elevator Corporation's Motion Requesting Leave To File Brief In Excess of 15 Pages was filed electronically with this Court, causing a copy of the foregoing document to be delivered via the Court's CM/ECF Electronic Filing System to all Counsel of Record.

By: *Craig K. Kaplin, ARDC #6309383*
One of Its Attorneys