**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| TK ELEVATOR CORPORATION AND | ) | |
| TRIAD SENIOR LIVING, INC. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **Case No. 23-cv-17173** |
| v. | ) | |
| | ) | Hon. Edmond E. Chang, U.S.D.J. |
| CHURCH MUTUAL INSURANCE | ) | Hon. Maria Valdez, U.S.D.M.J. |
| COMPANY, S.I., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**TK ELEVATOR CORPORATION'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

NOW COMES the Plaintiff TK Elevator Corporation ("TKE" or "Plaintiff"), by and through its undersigned counsel, and hereby moves this Honorable Court, pursuant to Fed. R. Civ. P. 56, to enter an Order of partial summary judgment in its favor and against Defendant Church Mutual Insurance Company, S.I. ("CMIC" or "Defendant") on Counts I and II of TKE's Second Amended Complaint concerning the duty to defend. In support thereof, TKE provides the attached Memorandum of Law and the Local Rule 56.1 Statement of Undisputed Material Facts with attached exhibits.

In sum, this matter concerns insurance coverage for underlying personal injury litigation that is pending before this Court, which is captioned Carroll v. Thyssenkrupp Elevator Corp., No. 1:20-cv-07220 (N.D. Ill.), and Zenith Ins. Co. v. Thyssenkrupp Elevator Corp., No. 1:20-cv-06699 (N.D. Ill.) (collectively, the "Underlying Action"). CMIC concedes the Underlying Action is a covered occurrence. Indeed, CMIC actually is defending one insured, Plaintiff Triad Senior

Living, Inc., in the Underlying Action.  CMIC also concedes that TKE may be "an insured" under policy no. No. 0330018-81-098772 (the "Targeted Policy").  Therefore, under the clear language of the Targeted Policy, CMIC owes a defense to TKE.  CMIC's defense obligation is not eliminated by the operation of one or more exclusions or provisions in the Targeted Policy.  Because CMIC has failed and refused to defend TKE in the Underlying Action, CMIC's duty to defend is ripe for the Court's determination.

WHEREFORE, Plaintiff TK Elevator Corporation hereby moves this Honorable Court, pursuant to Fed. R. Civ. P. 56, to enter an Order of partial summary judgment in its favor and against Defendant Church Mutual Insurance Company, S.I. on Counts I and II of the Second Amended Complaint concerning the duty to defend.

Dated: February 28, 2025

Respectfully submitted,

**TK ELEVATOR CORPORATION,**

By:  *Craig K. Kaplin, ARDC #6309383*
One of Its Attorneys

Craig K. Kaplin, ARDC #6309383
MOLZAHN, REED & ROUSE, LLC
17 North State Street, Suite 1590
Chicago, IL 6060
T: (312) 553-8631
ckk@m2rlaw.com

and

Sherilyn Pastor, Bar #026031988(NJ)
Jennifer Black Strutt, Bar #423238(CT)
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T: (973) 639-2070
spastor@mccarter.com
jstrutt@mccarter.com
(*Admitted pro hac vice*)

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 28, 2025, a copy of TK Elevator Corporation's Motion For Partial Summary Judgment was filed electronically with this Court, causing a copy of the foregoing document to be delivered via the Court's CM/ECF Electronic Filing System to all Counsel of Record.

By: *Craig K. Kaplin, ARDC #6309383*
One of Its Attorneys